Dismissed and Memorandum Opinion filed November 9, 2006








Dismissed
and Memorandum Opinion filed November 9, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00384-CV

____________

 

NANCY L. WALKER, Appellant

 

V.

 

THOMAS J. WALKER,
Appellee

 



 

On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 05-58159

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 13, 2006.  On November 1, 2006,
appellant filed a motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 9, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.